Max Shapiro et al., Respondents, *v.* Nulife Garments Co., Inc., Appellant.

First Department, November 16, 1945.

*Montague Casper* for appellant.

*Samuel Witte* of counsel (*Holtzman & Witte,* attorneys), for respondents.

*Per Curiam.* Before granting a declaratory judgment the court must be convinced it will serve some practical purpose by disposing of real controversies and stabilizing disputed legal relations (*Wardrop Co., Inc., v. Fairfield Gardens, Inc.,* 237 App. Div. 605). From the allegations of this complaint, it is impossible to determine whether what plaintiffs call " ladies' girdles " will when designed, fashioned and manufactured by plaintiffs come within the category of " special belts " or " health belts " prohibited by the contract. The complaint presents no defined issue or real controversy.

The order denying defendant's motion to dismiss the complaint should be reversed, with $20 costs and disbursements, and the motion granted.

MARTIN, P. J., TOWNLEY, GLENNON, DORE and COHN, JJ., concur.

Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted.